# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Alexander C. Beaver, | Case No. 21-cv-55 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Resource Management Group, Inc. et al., | |
| Defendants. | |

Michael J. Sheridan, Atlas Law Firm, 2006 1st Ave N, Suite 206, Anoka, MN 55425 for Plaintiff Alexander C. Beaver.

This matter is the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 24, 2021 [Doc. No. 7].  No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 21, 2021                                s/Susan Richard Nelson
                                                                                           SUSAN RICHARD NELSON
                                                                                           United States District Judge